

U.S. COURTS
01 SEP 11 PM 3:28
REC'D_____FILED
CAMERON S. BURKE
CLERK,        IDAHO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| PLANNED PARENTHOOD OF IDAHO, INC., and GLENN H. WEYHRICH, M.D., ) ) ) Plaintiffs, ) ) v. ) ) ALAN G. LANCE, Attorney General of the State of Idaho, and GREG BOWER, Ada County Prosecuting Attorney, ) ) ) ) Defendants. ) ) | CASE NO. CIV 00-0353-S-MHW  **ORDER** |

During the course of the trial in this case, counsel for Plaintiffs orally requested clarification concerning the current status of the injunction as it applies to the criminal prosecution of a physician who performs an abortion as defined in Idaho Code §§ 18-609A(5)(c) and 18-609A(1)(a)(v). The Court has reviewed the provisions at issue, as well as the Memorandum Opinion and Order issued by this Court on September 1, 2001, and notes that Defendants have not moved to lift the preliminary injunction enjoining the above provisions. Further, the addition of Idaho Code § 18-614, which provides certain defenses to physicians performing abortions on minors, does not automatically lift the injunction. Accordingly, Idaho

Order – Page 1

Code §§ 18-609A(5)(c) and 18-609A(1)(a)(v) will remain enjoined pending a determination of the case on the merits.

**IT IS SO ORDERED.**

DATED: September 10, 2001.

                                        MIKEL H. WILLIAMS
                                        UNITED STATES MAGISTRATE JUDGE

## MAILING CERTIFICATE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 11th day of Sept, 2001, to the following:

B NEWALL SQUYRES
HOLLAND & HART
P O BOX 2527
BOISE ID 83701

HELENE T KRASNOFF
PLANNED PARENTHOOD
1120 CONNECTICUT AVE N W  STE 461
WASHINGTON DC 20036

ROGER K EVANS
PLANNED PARENTHOOD
810 SEVENTH AVE
NEW YORK NY 10019

LOUISE MELLING
REPRODUCTIVE FREEDOM PROJECT
125 BROAD STREET
NEW YORK, NY 10004

RICHARD A HEARN
RACINE, OLSON, NYE,
      BUDGE & BAILEY
201 EAST CENTER
PO BOX 1391
POCATELLO, ID 83201

CLINTON E MINOR
OFFICE OF THE ATTORNEY GENERAL
CIVIL LITIGATION DIVN
P O BOX 83720
BOISE ID 83720-0010

WILLIAM T SALI
ATTORNEY AT LAW
PO BOX 71
KUNA, ID 83634

Cameron S. Burke, Clerk
United States District Court

by Deputy Clerk

Order – Page 3