

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| PLANNED PARENTHOOD OF IDAHO, INC., and GLENN H. WEYHRICH, M.D., ) ) ) | |
| Plaintiffs, ) | CASE NO. CIV 00-0353-S-MHW |
| ) | |
| v. ) | **FINAL JUDGMENT** |
| ) | |
| ALAN G. LANCE, Attorney General of the State of Idaho, and GREG BOWER, Ada County Prosecuting Attorney, ) ) ) ) | |
| Defendants. ) ) | |

On December 20, 2001, the Court issued a Memorandum Opinion and Order, permanently enjoining several provisions of Idaho's parental consent law, Idaho Code § 18-601 *et seq.* In January of 2002, Plaintiffs and Defendants filed motions for the Court to reconsider its December 20, 2001, Memorandum Opinion and Order. On March 8, 2002, the Court issued its Order with respect to the parties' motions for reconsideration. Accordingly, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the following provisions of Idaho's parental consent law, Idaho Code § 18-601 *et seq.*, are permanently enjoined:

(1) Idaho Code § 18-609A(1)(b)(i), the first sentence only, which states that a minor seeking a waiver of the requirement of parental consent must file her judicial bypass petition in "the county where the minor resides or the county where the abortion is caused or performed";

(2) Idaho Code § 18-609A(1)(c), which provides that if a district court denies a minor's bypass petition, she must file a notice of appeal within two (2) days from the date of issuance of the order. An appeal of a minor's bypass petition would therefore be governed by Idaho Appellate Rule 14.

The following portion of Idaho Code § 18-609A(1)(c) remains in effect:

> The record on appeal shall be completed and the appeal shall be perfected as soon as practicable, but in no event later than five (5) days from the filing of notice of appeal. Because time may be of the essence regarding the performance of the abortion, appeals pursuant to this subsection shall receive expedited appellate review.

(3) Idaho Code § 18-609A(1)(b)(iv), the final three sentences only, which require that if a judge learns of criminal conduct while hearing a bypass petition, the judge must report that activity to law enforcement;

(4) The post-abortion parental notification procedures set forth in Idaho Code Section 18-609A(1)(a)(v). Consistent with this Court's determination that such procedures are unconstitutional, the affirmative defenses outlined in Idaho Code § 18-614(2) and (3) are rendered moot.

Further, finding that the above-listed provisions are not integral or indispensable to the other portions of Idaho's parental consent law and thus they may be severed from the remaining statute, the Court will not permanently enjoin the whole of Idaho's parental consent law.

DATED: March 8, 2002.



MIKEL H. WILLIAMS
UNITED STATES MAGISTRATE JUDGE

```
                    United States District Court
                              for the
                         District of Idaho
                          March 8, 2002
```

```
                 * * CLERK'S CERTIFICATE OF MAILING * *
```

Re:  1:00-cv-00353

I certify that a copy of the attached document was mailed or faxed to the following named persons:

```
     Helene T Krasnoff, Esq.
     PLANNED PARENTHOOD FEDERATION OF AMERICA
     1120 Connecticut Ave NW #461
     Washington, DC  20036

     Roger K Evans, Esq.
     PLANNED PARENTHOOD FEDERATION OF AMERICA
     810 Seventh Ave
     New York, NY  10019

     Dara Klassel, Esq.
     PLANNED PARENTHOOD FEDERATION OF AMERICA
     810 Seventh Ave
     New York, NY  10019

     Eve C Gartner, Esq.
     PLANNED PARENTHOOD FEDERATION OF AMERICA
     810 Seventh Ave
     New York, NY  10019

     B Newal Squyres, Esq.
     HOLLAND & HART
     PO Box 2527
     Boise, ID  83701

     Clinton E Miner, Esq.
     OFFICE OF ATTORNEY GENERAL
     PO Box 83720
     Boise, ID  83720-0010

     David W Lloyd, Esq.       1-208-334-2830
     OFFICE OF ATTORNEY GENERAL
     Civil Litigation Division
     PO Box 83720
     Boise, ID  83720-0010

     Richard A Hearn, Esq.
     RACINE OLSON NYE COOPER & BUDGE
     PO Box 1391
     Pocatello, ID  83204-1391
```

```
_____ Chief Judge B. Lynn Winmill
_____ Judge Edward J. Lodge
_____ Chief Magistrate Judge Larry M. Boyle
__✓__ Magistrate Judge Mikel H. Williams
```

Cameron S. Burke, Clerk

Date: 3-8-02

BY: /s/ WM
(Deputy Clerk)