# UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

SEP 10 2004

| | |
|---|---|
| PLANNED PARENTHOOD OF IDAHO, INC.; et al., <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> ALAN G. LANCE, Attorney General of the State of Idaho; et al., <br><br> Defendants - Appellees. | No. 02-35700 <br> D.C. No. CV-00-00353-MHW <br><br> **JUDGMENT** |
| PLANNED PARENTHOOD OF IDAHO, INC.; et al., <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> ALAN G. LANCE, Attorney General of the State of Idaho; et al., <br><br> Defendants - Appellants. | No. 02-35714 <br> D.C. No. CV-00-00353-MHW <br><br> **JUDGMENT** |

Appeal from the United States District Court for the District of Idaho (Boise).

This cause came on to be heard on the Transcript of the Record from the United States District Court for the District of Idaho (Boise) and was duly submitted.



On consideration whereof, it is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is **REVERSED and REMANDED**.

Filed and entered Friday, July 16, 2004



A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

SEP 0 7 2004

by
Deputy Clerk




Cathy A. Catterson
Clerk of Court

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
95 Seventh Street
Post Office Box 193939
San Francisco, California 94119-3939 (415) 556-9800

September 7, 2004

SEP 9 2004

USDC, Boise
District of Idaho (Boise)
United States Courthouse
Box 039
Boise, ID 83724

| No. | Title | Agency/D.C. No. |
|---|---|---|
| 02-35700 | Planned Parenthood I v. Lance | CV-00-00353-MHW |
| 02-35714 | Planned Parenthood I v. Lance | CV-00-00353-MHW |

Dear Clerk:

The following document in the above listed causes are being sent to you under cover of this letter.

- *Certified copy of the Decree of the Court*

The record on appeal will follow under separate cover. Please acknowledge receipt on the enclosed copy of this letter.

Very truly yours,

Cathy A. Catterson
Clerk of Court

By: John Ilagan
Deputy Clerk

Enclosure(s)
cc: All Counsel

```
INTERNAL USE ONLY: Proceedings include all events.
02-35700 Planned Parenthood I, et al v. Lance, et al

PLANNED PARENTHOOD OF IDAHO,        Dara Klassel
INC.                                FAX 212/247-6811
      Plaintiff - Appellant         212/261-4708
                                    [COR LD NTC ret]
                                    Planned Parenthood Fed of Amer.
                                    810 Seventh Avenue
                                    New York, NY 10019

                                    B. Newal Squyres
                                    FAX 208/343-8869
                                    208/342-5000
                                    [COR LD NTC ret]
                                    Mary V. York
                                    208/342-5000
                                    [COR LD NTC ret]
                                    COUNSEL FOR ACLU OF IDAHO
                                    FOUNDATION
                                    P.O. Box 2527
                                    Boise, ID 83701

                                    Helene T. Krasnoff
                                    FAX 202/293-4349
                                    202/973-4890
                                    [COR LD NTC ret]
                                    PLANNED PARENTHOOD FED OF
                                    AMERICA
                                    1780 Massachusetts Avenue NW
                                    Washington, DC 20036

                                    Louise Melling
                                    FAX 212/549-2652
                                    212/549-2637
                                    [COR LD NTC ret]
                                    Jennifer Dalven
                                    FAX 212/549-2652
                                    212/549-2637
                                    [COR LD NTC ret]
                                    ACLU
                                    Reproductive Freedom Project
                                    125 Broad Street
                                    New York, NY 10004

                                    Roger K. Evans, Esq.
                                    Suite 12
                                    [COR LD NTC ret]
                                    PLANNED PARENTHOOD FEDERATION
                                    OF AMERICA
                                    434 West 33rd St.
                                    New York, NY 10001

GLENN H. WEYHRICH, M.D.             Dara Klassel
      Plaintiff - Appellant         (See above)
                                    [COR LD NTC ret]
```

INTERNAL USE ONLY: Proceedings include all events.
02-35700 Planned Parenthood I, et al v. Lance, et al

```
                                        B. Newal Squyres
                                        (See above)
                                        [COR LD NTC ret]
                                        Mary V. York
                                        (See above)
                                        [COR LD NTC ret]

                                        Helene T. Krasnoff
                                        (See above)
                                        [COR LD NTC ret]

                                        Louise Melling
                                        (See above)
                                        [COR LD NTC ret]
                                        Jennifer Dalven
                                        (See above)
                                        [COR LD NTC ret]

                                        Roger K. Evans, Esq.
                                        (See above)
                                        [COR LD NTC ret]


     v.

ALAN G. LANCE, Attorney                 David W. Lloyd, Esq.
General of the State of Idaho           208/334-2400
     Defendant - Appellee               [COR LD NTC ag]
                                        P.O. Box 83720
                                        -
                                        Boise, ID 83720-0010

                                        Jeremy Chou, Esq.
                                        FAX 208/334-2830
                                        208/332-3542
                                        [COR LD NTC dag]
                                        OFFICE OF ATTORNEY GENERAL
                                        P.O. Box 83720
                                        Boise, ID 83720

                                        Richard A. Hearn
                                        208/232-6101
                                        [COR LD NTC ret]
                                        RACINE OLSON NYE
                                        BUDGE & BAILY
                                        P.O. Box 1391
                                        Pocatello, ID 83204

GREG BOWER, Ada County                  Jeremy Chou, Esq.
Prosecuting Attorney                    FAX 208/334-2830
     Defendant - Appellee               208/334-2400
                                        [COR LD NTC dag]
                                        OFFICE OF ATTORNEY GENERAL
                                        P.O. Box 83720
```

INTERNAL USE ONLY: Proceedings include all events.
02-35700 Planned Parenthood I, et al v. Lance, et al

                                           Boise, ID 83720

                                           Richard A. Hearn
                                           (See above)
                                           [COR LD NTC ret]

---

IDAHO CHOOSES LIFE ALLIANCE,      William T. Sali, Esq.
INC.                                         208-922-5377
    Amicus                          [COR LD NTC ret]
                                           P.O. Box 71
                                           Kuna, ID 83634

MOATT   INVATT
i

INTERNAL USE ONLY: Proceedings include all events.
02-35714 Planned Parenthood I, et al v. Lance, et al

| | |
|---|---|
| PLANNED PARENTHOOD OF IDAHO, INC.<br>Plaintiff - Appellee | Dara Klassel<br>FAX 212/247-6811<br>212/261-4708<br>[COR LD NTC ret]<br>Planned Parenthood Fed of Amer.<br>810 Seventh Avenue<br>New York, NY 10019<br><br>B. Newal Squyres<br>FAX 208/343-8869<br>208/342-5000<br>[COR LD NTC ret]<br>Mary V. York<br>208/342-5000<br>[COR LD NTC ret]<br>COUNSEL FOR ACLU OF IDAHO FOUNDATION<br>P.O. Box 2527<br>Boise, ID 83701<br><br>Helene T. Krasnoff<br>FAX 202/293-4349<br>202/973-4890<br>[COR LD NTC ret]<br>PLANNED PARENTHOOD FED OF AMERICA<br>1780 Massachusetts Avenue NW<br>Washington, DC 20036<br><br>Louise Melling<br>FAX 212/549-2652<br>212/549-2637<br>[COR LD NTC ret]<br>Jennifer Dalven<br>FAX 212/549-2652<br>212/549-2637<br>[COR LD NTC ret]<br>ACLU<br>Reproductive Freedom Project<br>125 Broad Street<br>New York, NY 10004<br><br>Roger K. Evans, Esq.<br>Suite 12<br>[COR LD NTC ret]<br>PLANNED PARENTHOOD FEDERATION OF AMERICA<br>434 West 33rd St.<br>New York, NY 10001 |
| GLENN H. WEYHRICH, M.D.<br>Plaintiff - Appellee | Dara Klassel<br>(See above)<br>[COR LD NTC ret] |

INTERNAL USE ONLY: Proceedings include all events.
02-35714 Planned Parenthood I, et al v. Lance, et al

                                      B. Newal Squyres
                                      (See above)
                                      [COR LD NTC ret]
                                      Mary V. York
                                      (See above)
                                      [COR LD NTC ret]

                                      Helene T. Krasnoff
                                      (See above)
                                      [COR LD NTC ret]

                                      Louise Melling
                                      (See above)
                                      [COR LD NTC ret]
                                      Jennifer Dalven
                                      (See above)
                                      [COR LD NTC ret]

                                      Roger K. Evans, Esq.
                                      (See above)
                                      [COR LD NTC ret]


  v.

ALAN G. LANCE, Attorney        Jeremy Chou, Esq.
General of the State of Idaho   FAX 208/334-2830
    Defendant - Appellant       208/334-2400
                                      [COR LD NTC dag]
                                      OFFICE OF ATTORNEY GENERAL
                                      P.O. Box 83720
                                      Boise, ID 83720

                                      Richard A. Hearn
                                      208/232-6101
                                      [COR LD NTC ag]
                                      RACINE OLSON NYE
                                      BUDGE & BAILY
                                      P.O. Box 1391
                                      Pocatello, ID 83204

GREG BOWER, Ada County          Jeremy Chou, Esq.
Prosecuting Attorney            (See above)
    Defendant - Appellant       [COR LD NTC dag]

                                      Richard A. Hearn
                                      (See above)
                                      [COR LD NTC ag]