IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| PLANNED PARENTHOOD OF IDAHO, INC. and GLENN H. WEYHRICH, M.D., <br><br>　　　　　Plaintiffs, <br><br>vs. <br><br>LAWRENCE WASDEN, Attorney General of the State of Idaho and GREG BOWER, Ada County Prosecuting Attorney, <br><br>　　　　　Defendants. | CASE NO: CIV 00-0353-S-MHW <br><br> PERMANENT INJUNCTION AND FINAL JUDGMENT |

Pursuant to the mandate issued by the United States Court of Appeals for the Ninth Circuit in Planned Parenthood v. Wasden, 376 F.3d 908 (9th Cir. 2004),

IT IS HEREBY DECLARED that Sections 18-609A and 18-614 of Chapter 6, Title 18 of the Idaho Code are unconstitutional.

IT IS ORDERED that defendants and their employees, agents and successors in office, and all others acting in concert or participation with them, are hereby permanently enjoined from enforcing Sections 18-609A and 18-614 of Chapter 6, Title 18 of the Idaho Code.

IT IS ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of plaintiffs and against defendants.

IT IS SO ORDERED.

DATED this \_16\_ day of December, 2004.

BY THE COURT:

_____
Honorable Mikel H. Williams
United States Magistrate Judge

3313079_1.DOC

wm

United States District Court
for the
District of Idaho
December 18, 2004

* * CLERK'S CERTIFICATE OF MAILING * *

Re:  1:00-cv-00353

I certify that I caused a copy of the attached document to be mailed or faxed to the following named persons:

    Helene T Krasnoff, Esq.
    PLANNED PARENTHOOD FEDERATION OF AMERICA
    1120 Connecticut Ave NW #461
    Washington, DC  20036

    Roger K Evans, Esq.    1-212-247-6811
    PLANNED PARENTHOOD FEDERATION OF AMERICA
    810 Seventh Ave
    New York, NY  10019

    Dara Klassel, Esq.
    PLANNED PARENTHOOD FEDERATION OF AMERICA
    810 Seventh Ave
    New York, NY  10019

    Eve C Gartner, Esq.
    PLANNED PARENTHOOD FEDERATION OF AMERICA
    810 Seventh Ave
    New York, NY  10019

    B Newal Squyres, Esq.    1-208-343-8869
    HOLLAND & HART
    PO Box 2527
    Boise, ID  83701

    Clinton E Miner, Esq.
    OFFICE OF ATTORNEY GENERAL
    PO Box 83720
    Boise, ID  83720-0010

    David W Lloyd, Esq.    1-208-334-2830
    OFFICE OF ATTORNEY GENERAL
    Civil Litigation Division
    PO Box 83720
    Boise, ID  83720-0010

    Richard A Hearn, Esq.    1-208-232-6109
    RACINE OLSON NYE BUDGE & BAILEY
    PO Box 1391
    Pocatello, ID  83204-1391

```
_____Chief Judge B. Lynn Winmill
_____Judge Edward J. Lodge
_____Chief Magistrate Judge Larry M. Boyle
___✓__Magistrate Judge Mikel H. Williams

Visiting Judges:
_____Judge David O. Carter
_____Judge John C. Coughenour
_____Judge Thomas S. Zilly
```

Cameron S. Burke, Clerk

Date: 12-20-04               BY: _____WW_____
                                    (Deputy Clerk)